

**FILED**

APR 20 2011

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH LANE DURSMA,<br><br>  Plaintiff,<br><br>vs.<br><br>RANDY SID, et al.,<br><br>  Defendants. | No. C 10-01038 JW (PR)<br><br>ORDER GRANTING MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION<br><br><br><br>(Docket No. 45) |

Plaintiff, an inmate at the Mule Creek State Prison in Ione, filed a <u>pro se</u> civil rights complaint under 42 U.S.C. § 1983, challenging the conditions of his confinement while incarcerated at Salina Valley State Prison ("SVSP"). On March 3, 2011, defendants filed a motion to dismiss and motion for summary judgment. (Docket No. 44.) Plaintiff has filed a motion for extension of time to file opposition to defendants' motion. (Docket No. 45.) Good cause appearing, plaintiff's motion is GRANTED, such that his opposition to defendants' motion shall be filed **no later than May 2, 2011**. Defendant shall file a reply brief **no later than fifteen (15) days** after plaintiff's opposition is filed.

This order terminates Docket No. 45.

DATED: April 15, 2011

*James Ware*
JAMES WARE
United States District Chief Judge

Order Granting Motion for Ext. Of Time to File Oppo.
P:\PRO-SE\SJ.JW\CR.10\Dursma01038_eot-oppo.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

JOSEPH LANE DURSMA,

        Plaintiff,

v.

RANDY SID, et al.,

        Defendants.
_____/

Case Number: CV10-01038 JW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on __4/20/11__, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Joseph Dursma P 12992
Mule Creek State Prison
P. O. Box 409099
Ione, CA 95640

Dated: __4/20/11__

Richard W. Wieking, Clerk
By: Elizabeth Garcia, Deputy Clerk